**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Darius Cordell Raisey**

CASE NO  **11-40112**

CHAPTER    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | **$2,000.00** |
| Prior to the filing of this statement I have received: | **$201.00** |
| Balance Due: | **$1,799.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor        ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **1/25/2011** | **/s/ Harriet L. Langston** |
| *Date* | *Harriet L. Langston*          Bar No.  11924400 |
| | Harriet Langston, P.C. |
| | 7557 Rambler Road, Ste 812 |
| | Dallas, TX 75231 |
| | Phone: (972) 233-3328 / Fax: (972) 789-1710 |

---

 **/s/ Darius Cordell Raisey**

*Darius Cordell Raisey*

B6 Summary (Official Form 6 - Summary) (12/07)

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

In re  **Darius Cordell Raisey**
Case No.    **11-40112**

Chapter    **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $391,101.00 | | |
| B - Personal Property | Yes | 5 | $112,200.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $444,007.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $500.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | $449,670.94 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $6,460.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $7,953.00 |
| TOTAL | | 35 | $503,301.00 | $894,177.94 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

In re  **Darius Cordell Raisey**

Case No.   **11-40112**

Chapter   **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $500.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | $500.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $6,460.00 |
| Average Expenses (from Schedule J, Line 18) | $7,953.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $1,458.33 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $22,906.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $500.00 |
| 4.  Total from Schedule F | | $449,670.94 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $473,076.94 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Darius Cordell Raisey**                                    Case No.    <u>11-40112</u>
                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of     <u>37</u>
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date <u>1/25/2011</u>                              Signature  <u>/s/ Darius Cordell Raisey</u>
                                                             ***Darius Cordell Raisey***


Date _____              Signature _____

                                              [If joint case, both spouses must sign.]


_Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571._

B6A (Official Form 6A) (12/07)

In re  **Darius Cordell Raisey**                                    Case No.   **11-40112**
                                                                              (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 2141 Talbot Dr., Frisco, TX real property and improvements Value per Denton CAD | Fee Simple | - | $391,101.00 | $401,591.00 |
| | | Total: | **$391,101.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Darius Cordell Raisey**                                      Case No.  **11-40112** _____

                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Viewpoint Bank personal account | - | $0.00 |
| | | Wells Fargo Bank checking | - | $0.00 |
| | | Darius Cordell Inc. business account | - | $0.00 |
| | | Bank of america checking | - | $100.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | music, books, videos | - | $500.00 |
| 6. Wearing apparel. | | clothing | - | $500.00 |
| 7. Furs and jewelry. | | ring $2000 ring $2000 | - | $4,000.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | fitness equipment | - | $100.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Darius Cordell Raisey**                                    Case No.   **11-40112**
                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | term life insurance policy on debtor's life.  David Raisey is beneficiary.  Death benefit $600,000 | - | $0.00 |
| | | debtor is beneficiary on term life insurance policy on life of David Raisey.  Death benefit is $800,000 | - | $0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | 529 account for son P. Raisey | - | $3,000.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | | Darius Cordell, Inc. debtor owns 50% of stock in corporation | - | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Darius Cordell, Inc. unpaid salary | - | $72,000.00 |
| | | 2010 federal income tax refund (earned income credit) | - | $1,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Darius Cordell Raisey**                                    Case No.   **11-40112**  _____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Darius Cordell, Inc. website is owned by Mr. Raisey individually. Debtor believes that there is no market for this website because of the highly individual nature of the business, but he has valued the website based upon internet research. | - | $1,000.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Darius Cordell Raisey**                                    Case No.   **11-40112**
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2009 Honda Odyssey | - | $30,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Darius Cordell Raisey**                                          Case No.  **11-40112**  _____
                                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____4_____ continuation sheets attached          **Total  >**    $112,200.00
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **Darius Cordell Raisey**                                        Case No.  **11-40112**
                                                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 2141 Talbot Dr., Frisco, TX real property and improvements Value per Denton CAD | 11 U.S.C. § 522(d)(1) | $0.00 | $391,101.00 |
| Viewpoint Bank personal account | 11 U.S.C. § 522(d)(5) | $0.00 | $0.00 |
| Wells Fargo Bank checking | 11 U.S.C. § 522(d)(5) | $0.00 | $0.00 |
| Darius Cordell Inc. business account | 11 U.S.C. § 522(d)(5) | $0.00 | $0.00 |
| Bank of america checking | 11 U.S.C. § 522(d)(5) | $100.00 | $100.00 |
| music, books, videos | 11 U.S.C. § 522(d)(3) | $500.00 | $500.00 |
| clothing | 11 U.S.C. § 522(d)(3) | $500.00 | $500.00 |
| ring $2000 ring $2000 | 11 U.S.C. § 522(d)(4) | $1,450.00 | $4,000.00 |
|  | 11 U.S.C. § 522(d)(5) | $2,550.00 | |
| fitness equipment | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| term life insurance policy on debtor's life.  David Raisey is beneficiary.  Death benefit $600,000 | 11 U.S.C. § 522(d)(7) | $0.00 | $0.00 |
| debtor is beneficiary on term life insurance policy on life of David Raisey.  Death benefit is $800,000 | 11 U.S.C. § 522(d)(7) | $0.00 | $0.00 |
| * Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced  on or after the date of adjustment. | | **$5,200.00** | **$396,301.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Darius Cordell Raisey**                                    Case No.   **11-40112**
                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 529 account for son P. Raisey | 11 U.S.C. § 541(b)(5) | $3,000.00 | $3,000.00 |
| 2010 federal income tax refund (earned income credit) | 11 U.S.C. § 522(d)(5) | $1,000.00 | $1,000.00 |
| Darius Cordell, Inc. website is owned by Mr. Raisey individually.  Debtor believes that there is no market for this website because of the highly individual nature of the business, but he has valued the website based upon internet research. | 11 U.S.C. § 522(d)(5) | $1,000.00 | $1,000.00 |
| 2009 Honda Odyssey | 11 U.S.C. § 522(d)(2) | $0.00 | $30,000.00 |
| | | $10,200.00 | $431,301.00 |

B6D (Official Form 6D) (12/07)

In re  **Darius Cordell Raisey**                                    Case No.  **11-40112**
                                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **113341866**<br><br>**American Honda Finance**<br>**3625 W Royal Ln Ste 200**<br>**Irving, TX 75063** | | - | DATE INCURRED:  **11/07/2008**<br>NATURE OF LIEN:<br>**Security Agreement**<br>COLLATERAL:<br>**2009 Honda Odyssey**<br>REMARKS:<br><br>VALUE:                      **$30,000.00** | | | | **$42,416.00** | **$12,416.00** |
| ACCT #:<br><br>**Denton County Tax**<br>**P. O. Box 90223**<br>**Denton, TX  76202-5223** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property Taxes**<br>COLLATERAL:<br>**2141 Talbot Dr., Frisco, TX**<br>REMARKS:<br><br>VALUE:                    **$391,101.00** | | | | **$0.00** | |
| ACCT #:<br><br>**Wells Fargo**<br>**PO Box 10335**<br>**Des Moines, IA 50306** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**2141 Talbot Dr., Frisco, TX**<br>REMARKS:<br><br>VALUE:                          **$0.00** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **7080210594602**<br><br>**Wells Fargo Hm Mortgag**<br>**8480 Stagecoach Cir**<br>**Frederick, MD 21701** | | - | DATE INCURRED:  **11/04/2008**<br>NATURE OF LIEN:<br>**Conventional Real Estate Mortgage**<br>COLLATERAL:<br>**2141 Talbot Dr., Frisco, TX**<br>REMARKS:<br><br>VALUE:                    **$391,101.00** | | | | **$401,591.00** | **$10,490.00** |
| | | | Subtotal (Total of this Page) > | | | | **$444,007.00** | **$22,906.00** |
| | | | Total (Use only on last page) > | | | | **$444,007.00** | **$22,906.00** |

_____**No**_____ continuation sheets attached

|  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

In re **Darius Cordell Raisey**                                      Case No.   __11-40112_____
                                                                               (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re  **Darius Cordell Raisey**

Case No.   **11-40112**

(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Internal Revenue Service**<br>**1100 Commerce St., Rm 9A20**<br>**Mail Stop 5026 DAL**<br>**Dallas, TX  75242** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**1040 Taxes**<br>REMARKS: | | | X | $500.00 | $0.00 | $500.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $500.00 | $0.00 | $500.00 |
| **Total >** | $500.00 | | |
| (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | |
| **Totals >** | | $0.00 | $500.00 |
| (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

B6F (Official Form 6F) (12/07)

In re   **Darius Cordell Raisey**                                   Case No.   **11-40112**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **PT00003535** <br> **Allergy & Asthma Solutions** <br> **8000 Warren Pkwy Ste 200** <br> **Frisco, TX 75034** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Medical Bill** <br> REMARKS: | | | | **$99.31** |
| ACCT #:  **50951854/3779727722785** <br> **Alliant Law Group PC/AT&T** <br> **PO Box 468569** <br> **Atlanta, GA 31146** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: | | | | **$0.00** |
| ACCT #:  **3723-545641-41001** <br> **American Express** <br> **PO Box 297814** <br> **Fort Lauderdale, FL 333329-7814** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$3,006.52** |
| ACCT #:  **3772-805729-81002** <br> **American Express** <br> **PO Box 297814** <br> **Fort Lauderdale, FL 333329-7814** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$610.00** |
| **Representing:** <br> **American Express** | | | **United Recovery Systems, Inc** <br> **5800 North Course Drive** <br> **Houston, Texas 77072** | | | | **Notice Only** |
| ACCT #:  **3499915773920793** <br> **AMEX** <br> **P.O. Box 981537** <br> **El Paso, TX 79998** | | - | DATE INCURRED:  **05/2004** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$549.00** |
| | | | | | | Subtotal > | **$4,264.83** |

_____**18**_____continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darius Cordell Raisey**                                    Case No.   **11-40112**
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  -3499905877836323<br>**AMEX**<br>**P.O. Box 981537**<br>**El Paso, TX 79998** | | - | DATE INCURRED:  **05/07/2004**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **002-02437-2009**<br>**Andrea Phillips**<br>**c/o Krenik Law Firm PLLC**<br>**5068 W Plano Pkwy, #300**<br>**Plano, TX 75093** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment - Business Debt**<br>REMARKS: | | | X | **$4,612.46** |
| ACCT #:  **Andrea Phillips vs.**<br>**Armstrong The Law Firm**<br>**1400 Gables Court, #103**<br>**Plano, TX 75075** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$5,047.88** |
| ACCT #:  **41394710**<br>**Asset Acceptance LLC**<br>**PO Box 2036**<br>**Warren, MI 48090** | | - | DATE INCURRED:  **04/06/2010**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS: | | | X | **$24,102.00** |
| ACCT #:  **51175441/3779727722785**<br>**AT&T**<br>**c/o Accord Creditor Services, LLC**<br>**PO Box 10002**<br>**Newnan, GA 30271** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$359.34** |
| ACCT #:  **97237777227853**<br>**AT&T**<br>**PO Box 90245**<br>**Arlington, TX 76004** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____1____ of ____18____ continuing continuation sheets attached to          **Subtotal >** | **$34,121.68**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darius Cordell Raisey**                                        Case No.   **11-40112**
                                                                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **4339 9300 2765 1308**<br>**Bank of America**<br>**PO Box 15311**<br>**Wilmington, DE 19884** | | - | DATE INCURRED:  **10/05/2007**<br>CONSIDERATION:<br>**Business Credit Card**<br>REMARKS:<br>**Darius Cordell Inc.** | | | | **$2,309.07** |
| ACCT #:<br>**Boatmen's Credit Card Bank**<br>**PO Box 7402, LTC 8611**<br>**St Louis, MO 63177** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$3,249.55** |
| ACCT #:  **120001508174**<br>**CACH, LLC / HSBC**<br>**370 17th Street, Suite 5000**<br>**Denver, CO 80202** | | - | DATE INCURRED:  **05/21/2010**<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | **$2,793.00** |
| ACCT #:  **120001529203**<br>**CACH, LLC /Bank of America**<br>**370 17th Street, Suite 5000**<br>**Denver, CO 80202** | | - | DATE INCURRED:  **05/28/2010**<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | **$2,390.00** |
| ACCT #:  **4246 3151 2845 2438**<br>**Capital Mgmt. Services**<br>**726 Exchange St., Ste 700**<br>**Buffalo, NY  14210** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collection Account**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **201000000713827616**<br>**Capital Mgmt. Services/Chase**<br>**726 Exchange St., Ste 700**<br>**Buffalo, NY  14210** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Chase**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**2**____ of ____**18**____ continuation sheets attached to                          **Subtotal >**                  **$10,741.62**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Darius Cordell Raisey**

Case No. **11-40112**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **10-1094**<br>**CareFlite**<br>**PO Box 610489**<br>**Dallas TX  75261** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | **$12,900.00** |
| ACCT #: **14296351**<br>**Cavalry Portfolio Serv/HSBC**<br>**7 Skyline Dr Ste 3**<br>**Hawthorne, NY 10532** | | - | DATE INCURRED: **10/25/2010**<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | **$2,381.00** |
| ACCT #: **14296351**<br>**Cavalry Portfolio Services LLC**<br>**500 Summit Lake Drive**<br>**Valhalla, NY 10595-1340** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS: | | | | **$2,362.62** |
| **Representing:**<br>**Cavalry Portfolio Services LLC** | | | **HSBC/GM Card**<br>**PO Box 80082**<br>**Salinas, CA 93912-0082** | | | | **Notice Only** |
| **Representing:**<br>**Cavalry Portfolio Services LLC** | | | **NCB Management Serv. Inc**<br>**P. O. Box 1099**<br>**Langhorn, PA  19047** | | | | **Notice Only** |
| ACCT #: **1077565923**<br>**Centennial Medical Center**<br>**c/o Central Finl Control**<br>**PO Box 66051**<br>**Anaheim, CA 92816** | | - | DATE INCURRED: **10/15/2010**<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | **$728.00** |

Sheet no. _____3_____ of _____18_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | **$18,371.62**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Darius Cordell Raisey**

Case No. **11-40112**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **01077565923**<br>**Centennial Medical Center**<br>**c/o Central Financial Control**<br>**PO Box 66040**<br>**Anaheim, CA 92816-6040** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $728.99 |
| ACCT #:  **01092826277**<br>**Centennial Medical Center**<br>**c/o Central Financial Control**<br>**PO Box 66040**<br>**Anaheim, CA 92816-6040** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $900.00 |
| ACCT #:  **201000000713827616**<br>**Chase Bank**<br>**OH1-1188**<br>**340 S. Cleveland Ave Blvd 370**<br>**Westerville, OH  43081** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Darius Cordell Inc. debt** | | | | $317.00 |
| ACCT #:<br>**Chase Bank NA**<br>**c/o Vincent Lopez et al**<br>**1601 Elm St #4100**<br>**Dallas, TX 75201** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment Business Debt**<br>REMARKS: | | | | $107,545.70 |
| ACCT #:  **4246 3151 2845 2438**<br>**Chase Cardmember Services**<br>**PO Box 15548**<br>**Wilmington, DE 19886-5548** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Darius Cordell Inc. debt** | | | | $1,429.00 |
| ACCT #:  **4246 3161 2958 0351**<br>**Chase Cardmember Services**<br>**PO Box 15548**<br>**Wilmington, DE 19886-5548** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Darius Cordell Inc. debt** | | | | $1,429.00 |

Sheet no. ____4____ of ____18____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $112,349.69

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darius Cordell Raisey**                                    Case No.   **11-40112**
                                                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **5401-6830-3732-5476**<br>**Chase Cardmember Services**<br>**PO Box 15548**<br>**Wilmington, DE 19886-5548** | X | J | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$0.00** |
| **Representing:**<br>**Chase Cardmember Services** | | | **Enhanced Recovery Corporation**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256-7412** | | | | **Notice Only** |
| ACCT #:<br>**ChexSystems**<br>**7805 Hudson Rd. Suite 100**<br>**Woodbury, MN  55125** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit reporting**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **287003**<br>**Children's Medical Center**<br>**1935 Medical District Drive**<br>**Dallas, TX  75235** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **2548911**<br>**Childrens Associated Med Group**<br>**c/o American Capital Ent**<br>**42145 Lyndie Ln Ste 212**<br>**Temecula, CA 92591** | | - | DATE INCURRED:  **11/12/2008**<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | **$2,611.00** |
| ACCT #:  **2664876**<br>**Childrens Medical Center of D**<br>**c/o Receivable Mgmt Inc**<br>**107 W Randol Mill Rd**<br>**Arlington, TX 76011** | | - | DATE INCURRED:  **04/02/2010**<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | **$12,296.00** |

Sheet no. _____**5**_____ of _____**18**_____ continuation sheets attached to                    **Subtotal >**    | **$14,907.00** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darius Cordell Raisey**                                    Case No.   **11-40112**

                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **6032 3903 8056 9839**<br>**Citi**<br>**PO Box 22060**<br>**Tempe, AZ 85285-2060** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**transferred to citifinancial** | | | X | **$0.00** |
| ACCT #:  **6032590241422301**<br>**Citi**<br>**PO Box 22060**<br>**Tempe, AZ 85285-2060** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$8,283.51** |
| ACCT #:  **9771840309**<br>**Citibank NA**<br>**PO Box 769006**<br>**San Antonio, TX 78245** | | - | DATE INCURRED:  **12/2005**<br>CONSIDERATION:<br>**Check Credit or Line of Credit**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **5082290006435181/15053541VB786**<br>**Citibank South Dakota/Citibusiness**<br>**c/o United Recovery Systems LP**<br>**PO Box 722910**<br>**Houston, TX 77272-2910** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**Darius Cordell, Inc** | | | | **$3,490.15** |
| ACCT #:  **607439564413**<br>**Citifinancia**<br>**Bsp13a 300 Saint Paul Pla**<br>**Baltimore, MD 21202** | | - | DATE INCURRED:  **11/2004**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **6032 5903 8056 9839**<br>**Citifinancial**<br>**PO Box 140489**<br>**Irving, TX  75014-0489** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Account**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**6**____ of ____**18**____ continuation sheets attached to                                    **Subtotal >** | **$11,773.66**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                      **Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darius Cordell Raisey**                                        Case No.   **11-40112**
                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **674309550116675**<br>**Citifinancial**<br>**PO Box 140489**<br>**Irving, TX  75014-0489** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Account**<br>REMARKS: | | | | **$8,283.51** |
| **Representing:**<br>**Citifinancial** | | | **CBE Group**<br>**131 Towne Park Drive Ste #100**<br>**Waterloo, IA 50701** | | | | **Notice Only** |
| **Representing:**<br>**Citifinancial** | | | **Nationwide Credit/Citifinancial Inc**<br>**1150 E University Dr, 1st Floor**<br>**Tempe, AZ 85281-8674** | | | | **Notice Only** |
| **Representing:**<br>**Citifinancial** | | | **Pentagroup Financial LLC**<br>**5959 Corporate Drive, Ste 1400**<br>**Houston, TX 77036-2308** | | | | **Notice Only** |
| ACCT #:  **607439554711**<br>**Citifinancial Retail S**<br>**PO Box 499**<br>**Hanover, MD 21076** | | - | DATE INCURRED:  **10/01/2007**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$9,235.00** |
| **Representing:**<br>**Citifinancial Retail S** | | | **Pinnacle Financial Group**<br>**7825 Washington Ave S, Ste 310**<br>**Minneapolis, MN  55439-2409** | | | | **Notice Only** |

Sheet no. ____7____ of ____18____ continuation sheets attached to                    **Subtotal >** | **$17,518.51**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                        **Total >**
                                                        **(Use only on last page of the completed Schedule F.)**
                                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darius Cordell Raisey**                                    Case No.   **11-40112**
                                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **120128**<br>**City of Frisco Fire Department**<br>**PO Box 180819**<br>**Frisco, TX  75218** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | **$860.00** |
| ACCT #:  **010638858**<br>**Client Services, Inc./Citicards**<br>**PO Box 1503**<br>**St. Peters, 63376-0027** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **13131574**<br>**Collection Bureau of America**<br>**PO Box 5013**<br>**Hayward, CA 94540-5013** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for AT&T**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **435417962/260130200554437**<br>**Credit Management/Time Warner**<br>**4200 International Pkwy**<br>**Carrollton, TX 75007** | | - | DATE INCURRED:  **05/05/2010**<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | **$351.00** |
| ACCT #:  **1533002908**<br>**Credit Protection Asso/Coserv**<br>**13355 Noel Rd Ste 2100**<br>**Dallas, TX 75240** | | - | DATE INCURRED:  **04/16/2009**<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | **$137.00** |
| ACCT #:  **2721630**<br>**Credit Service Company, Inc**<br>**PO Box 1120**<br>**Colorado Springs, CO 80901-1120** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Envision Imaging**<br>REMARKS: | | | | **Notice Only** |

Sheet no. _____**8**_____ of _____**18**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   **$1,348.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darius Cordell Raisey**                                    Case No.   **11-40112**
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **3-899000000-055929**<br>**Cynery Data**<br>**109-15 14th Ave #200**<br>**College Point, NY 11356** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **6011-0087-9511-3718**<br>**Discover Fin Svcs LLC**<br>**PO Box 15316**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **10/05/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | **$5,999.00** |
| **Representing:**<br>**Discover Fin Svcs LLC** | | | **United Recovery Systems, Inc**<br>**5800 North Course Drive**<br>**Houston, Texas 77072** | | | | **Notice Only** |
| ACCT #:  **21676-EFRI**<br>**Envision Imaging of Frisco**<br>**PO Box 974744**<br>**Dallas, TX 75397** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | **$382.28** |
| ACCT #:  **EAP31268**<br>**Excel Anesthesia, PA**<br>**Collection Dept**<br>**PO Box 100295**<br>**Fort Worth, TX 76185-0295** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **EAP31268**<br>**Excel Anesthesia, PA**<br>**PO Box 650035**<br>**Dallas, TX 75265-0035** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | **$1,115.52** |

Sheet no. ____9____ of ____18____ continuation sheets attached to          **Subtotal >**          **$7,496.80**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                **Total >**
                              **(Use only on last page of the completed Schedule F.)**
                         **(Report also on Summary of Schedules and, if applicable, on the**
                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Darius Cordell Raisey**                                    Case No.   **11-40112**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **6763229**<br>**FedEx**<br>**PO Box 1140**<br>**Memphis, TN  38101-1140** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$682.16** |
| ACCT #:  **2817**<br>**FIA CSNA**<br>**PO Box 17054**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **10/05/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **541761090727**<br>**First Bank and Trust/S**<br>**PO Box 6000**<br>**Brookings, SD 57006** | | - | DATE INCURRED:  **10/05/2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **5178007895164242**<br>**Fst Premie**<br>**3820 N Louise Ave**<br>**Sioux Falls, SD 57107** | | - | DATE INCURRED:  **08/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **5082290006435181**<br>**GC Services**<br>**6330 Gulfton**<br>**Houston, TX  77081** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Citibank**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**GEMB**<br>**Bankruptcy Department**<br>**PO Box 103104**<br>**Roswell, GA 30076-3104** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**10**____ of ____**18**____ continuation sheets attached to                                    **Subtotal >** | **$682.16**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darius Cordell Raisey**                                      Case No.   **11-40112**
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **706159101130**<br>**GEMB/Chevron**<br>**P.O Box 981432 Bldg. B**<br>**El Paso, TX 79998** | | - | DATE INCURRED:  **09/2004**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **6019210713586544**<br>**GEMB/Mohawk**<br>**PO Box 981439**<br>**El Paso, TX 79998** | **X** | **J** | DATE INCURRED:  **10/08/2007**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$20,853.00** |
| ACCT #:<br>**Glast, Phillips & Murray**<br>**14801 Quorum Drive Suite 500**<br>**Dallas, TX 75254-1449** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **99012**<br>**Google Checkout**<br>**c/o NCS Recovery Corp**<br>**PO Box 50276**<br>**Sarasota, FL 34232-0302** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$1,402.38** |
| ACCT #:<br>**Harriet Langston, P.C.**<br>**7557 Rambler Rd., Suite 812**<br>**Dallas, TX  75231** | | - | DATE INCURRED:  **01/20/2011**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | **$1,799.00** |
| ACCT #:<br>**Heartland Payment Systems**<br>**4825 LBJ Freeway Ste 380**<br>**Dallas, TX 75244** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Old Bill**<br>REMARKS: | | | | **$0.00** |

Sheet no. ____**11**____ of _____**18**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >      **$24,054.38**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darius Cordell Raisey**                                    Case No.   **11-40112**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Heartland Payment Systems, LLC**<br>**c/o Newton & Associates**<br>**PO Box 8510**<br>**Metairie, LA 70011-8510** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Old Bill**<br>REMARKS: | | | | **$2,950.00** |
| ACCT #:<br>**Honda**<br>**PO Box 2206**<br>**Torrance, CA 90509-2206** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Honda Financial Services**<br>**PO Box 168008**<br>**Irving, TX 75016** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Security Agreement**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  515598000003<br>**HSBC Bank**<br>**PO Box 5253**<br>**Carol Stream, IL 60197** | | - | DATE INCURRED:  **09/27/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  169691-0362533548<br>**HSBC/Bstby**<br>**1405 Foulk Road**<br>**Wilmington, DE 19808** | | - | DATE INCURRED:  **11/05/2008**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$0.00** |
| **Representing:**<br>**HSBC/Bstby** | | | **Daniels & Norelli, PC**<br>**900 Merchants Concourse #400**<br>**Westbury, NY 11590** | | | | **Notice Only** |

Sheet no. ____**12**____ of ____**18**____ continuation sheets attached to                    **Subtotal >**     | **$2,950.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                        **Total >**
                                          **(Use only on last page of the completed Schedule F.)**
                                      **(Report also on Summary of Schedules and, if applicable, on the**
                                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darius Cordell Raisey**                                    Case No.   **11-40112**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **49993709796**<br>**HSBC/Neimn**<br>**PO Box 15221**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **09/10/2003**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$0.00** |
| **Representing:**<br>**HSBC/Neimn** | | | **Firstsource Advantage LLC**<br>**205 Bryant Woods South**<br>**Amhurst, NY  14228** | | | | **Notice Only** |
| **Representing:**<br>**HSBC/Neimn** | | | **Law Office of Curtis O Barnes, PC**<br>**PO Box 1390**<br>**Anaheim, CA 92815-1390** | | | | **Notice Only** |
| ACCT #:  **IEM 31873**<br>**Innovative Emergency Medicine**<br>**PO Box 24088**<br>**Fort Worth, TX  76124-1088** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | **$661.00** |
| **Representing:**<br>**Innovative Emergency Medicine** | | | **Innovative Emergency Medicine**<br>**c/o United Revenue Corp**<br>**204 Billings St Ste 120**<br>**Arlington, TX 76010** | | | | **Notice Only** |
| ACCT #:  **120001529203**<br>**Law Office of Joe Pezzuto/CACH**<br>**4013 E Broadway, Ste A2**<br>**Phoenix, AZ 85040** | X | J | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - CACH LLC/Bank of America**<br>REMARKS: | | | | **Notice Only** |

Sheet no. _____**13**_____ of _____**18**_____ continuation sheets attached to                **Subtotal >**   | **$661.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darius Cordell Raisey**                                        Case No.   **11-40112**
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **17836.001**<br>**Law Offices of Gary A Bemis**<br>**3870 La Sierra #239**<br>**Riverside, CA 92505** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Fed Ex**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Law Offices of Monty J Buhrow, PLLC**<br>**2344 Highway 121 #200**<br>**Benford, TX 76021** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$1,056.44** |
| ACCT #:  **11817639**<br>**Leading Edge Recovery Solutions**<br>**PO Box 129**<br>**Linden, MI 48451-0129** | X | J | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - JP Morgan Chase DDA**<br>REMARKS:<br>**Darius Cordell Inc Debt** | | | | **$0.00** |
| ACCT #:  **4401978458130**<br>**MacysDSNB**<br>**911 Duke Blvd**<br>**Mason, OH 45040** | | - | DATE INCURRED:  **12/24/2008**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$2,216.00** |
| **Representing:**<br>**MacysDSNB** | | | **Northland Group Inc.**<br>**PO Box 390846**<br>**Mail Code CPT1**<br>**Edina, MN  55439** | | | | **Notice Only** |
| ACCT #:  **4401978458132**<br>**MacysDSNB**<br>**911 Duke Blvd**<br>**Mason, OH 45040** | | - | DATE INCURRED:  **11/19/2008**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$0.00** |

Sheet no. ____**14**____ of ____**18**____ continuation sheets attached to                     **Subtotal >**                     **$3,272.44**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              **Total >**
                                                **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                            **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darius Cordell Raisey**                                  Case No.  **11-40112**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **8534476558** <br> **MCM/Capital One** <br> **PO Box 60578** <br> **Los Angeles, CA 90060-0578** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **Notice Only** |
| ACCT #:  **8524928595/5189131004760836** <br> **MCM/Providian** <br> **PO Box 60578** <br> **Los Angeles, CA 90060-0578** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$6,274.54** |
| ACCT #:  **4401978458120** <br> **Mcydsnb** <br> **9111 Duke Blvd** <br> **Mason, OH 45040** | | - | DATE INCURRED:  **08/27/2003** <br> CONSIDERATION: <br> **Charge Account** <br> REMARKS: | | | | **$548.00** |
| ACCT #:  **8534476558** <br> **Midland Credit Mgmt** <br> **8875 Aero Dr** <br> **San Diego, CA 92123** | | - | DATE INCURRED:  **04/19/2010** <br> CONSIDERATION: <br> **Factoring Company Account** <br> REMARKS: | | | | **$5,576.00** |
| **Representing:** <br> **Midland Credit Mgmt** | | | **Capital One** <br> **PO Box 85520** <br> **Richmond, VA 23285** | | | | **Notice Only** |
| **Representing:** <br> **Midland Credit Mgmt** | | | **JA Cambece Law Office, PC** <br> **Eight Bourbon Street** <br> **Peabody, MA 01960** | | | | **Notice Only** |

Sheet no. ____**15**____ of ____**18**____ continuation sheets attached to                                  **Subtotal >**      | **$12,398.54** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darius Cordell Raisey**                                      Case No.   **11-40112**
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **9547080223584** <br> **Mortgage Service Cente** <br> **2001 Leadenhall Rd** <br> **Mount Laurel, NJ 08054** | | - | DATE INCURRED:  **10/31/2003** <br> CONSIDERATION: <br> **Conventional Real Estate Mortgage** <br> REMARKS: | | | X | **$148,027.00** |
| ACCT #:  **10063164981** <br> **Nationwide Credit, Inc/Chase** <br> **2015 Vaughn Rd NW Bld 400** <br> **Kennesaw, GA 30144-7801** | X | J | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #:  **QWM374(telecom)** <br> **NCO Financial Systems** <br> **507 Prudential Road** <br> **Horsham, PA  19044** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Collecting for - AT&T** <br> REMARKS: | | | | **Notice Only** |
| ACCT #:  **79146-QNTPA** <br> **North TX Pathology Assoc PA** <br> **PO Box 68** <br> **Rockwall, TX 75087-0068** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Medical Bill** <br> REMARKS: | | | | **$191.40** |
| ACCT #:  **5189-1310-0476-0836** <br> **Presido, LLC/Providian** <br> **x/o Enhanced Recovery Corporation** <br> **8014 Bayberry Rd** <br> **Jacksonville, FL 32256-7412** | | J | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$4,343.72** |
| ACCT #:  **4J5D6** <br> **Professional Finance/Atmos** <br> **5754 W 11th St Ste 100** <br> **Greeley, CO 80634** | | - | DATE INCURRED:  **10/07/2009** <br> CONSIDERATION: <br> **Collection** <br> REMARKS: | | | | **$98.00** |

Sheet no. ____**16**____ of ____**18**____ continuation sheets attached to                          **Subtotal >**     **$152,660.12**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darius Cordell Raisey**                                    Case No.   **11-40112**
                                                                                    (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **JC-0803605A**<br>**RFP, LLC dba Bridal Guide**<br>**c/o James Brendan Carroll III**<br>**501 Elm St, #385 LB 33**<br>**Dallas, TX 75202** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$5,000.00** |
| ACCT #:  **366232585-4**<br>**RMS Collections/Chase**<br>**PO Box 20410**<br>**Lehigh Valley, PA 18002** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **5049941220156829**<br>**Sears - Citicorp**<br>**PO Box 6922**<br>**The Lakes, NV 88901-6922** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,777.00** |
| ACCT #:  **463577764104F**<br>**SM Servicing**<br>**11100 Usa Parkway**<br>**Fishers, IN 46038** | | - | DATE INCURRED:  **12/1991**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Southeastern Freight Lines, Inc**<br>**c/o Law Offices of Gary A Bemis**<br>**3870 La Sierra #239**<br>**Riverside, CA 92505** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Southeastern Freight Lines**<br>REMARKS: | | | | **$569.05** |
| ACCT #:  **4425050070142181**<br>**Suntrust Bank**<br>**7455 Chancellor Dr**<br>**Orlando, FL 32809** | | - | DATE INCURRED:  **10/05/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$10,138.00** |

Sheet no. ____**17**____ of ____**18**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$17,484.05**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darius Cordell Raisey**                            Case No.   **11-40112**
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Suntrust Bank** | | | **RAB Inc** **PO Box 34111** **Memphis, TN 38016** | | | | **Notice Only** |
| ACCT #:  **4853623/325698** **Synerprise Consulting Service, Inc.** **2809 Regal Rd, Ste 107** **Plano, TX  75075** | | - | DATE INCURRED: CONSIDERATION: **Notice Only** REMARKS: | | | | **$0.00** |
| ACCT #:  **QTXRA-325698** **Texas Radiology Associates** **PO Box 2285** **Indianapolis, IN 46206** | | - | DATE INCURRED: CONSIDERATION: **Medical Bill** REMARKS: | | | | **$75.84** |
| ACCT #:  **6035320494541962** **THD/CBSD** **PO Box 6497** **Sioux Falls, SD 57117** | | - | DATE INCURRED:  **08/14/2008** CONSIDERATION: **Charge Account** REMARKS: | | | | **$2,539.00** |
| ACCT #:  **5245237** **UT Southwestern Medical Service Plan** **6263 Harry Hines Blvd** **Dallas, TX 75235-5227** | X | - | DATE INCURRED: CONSIDERATION: **Medical Bill** REMARKS: | | | | **$0.00** |
| | | | | | | | |

Sheet no. _____**18**_____ of _____**18**_____ continuation sheets attached to          **Subtotal >**          | **$2,614.84**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**   **$449,670.94**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Darius Cordell Raisey**                                    Case No.    **11-40112**
                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re  **Darius Cordell Raisey**                                    Case No.   **11-40112**
                                                                                  (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **David Raisey**<br>PO Box 2366<br>Frisco, TX  75034 | **CareFlite**<br>PO Box 610489<br>Dallas TX  75261 |
| **David Raisey**<br>PO Box 2366<br>Frisco, TX  75034 | **City of Frisco Fire Department**<br>PO Box 180819<br>Frisco, TX  75218 |
| **David Raisey**<br>PO Box 2366<br>Frisco, TX 75034 | **Chase Cardmember Services**<br>PO Box 15548<br>Wilmington, DE 19886-5548 |
| **David Raisey**<br>PO Box 2366<br>Frisco, TX 75034 | **Citifinancial**<br>PO Box 140489<br>Irving, TX  75014-0489 |
| **David Raisey**<br>PO Box 2366<br>Frisco, TX 75034 | **Enhanced Recovery Corporation**<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 |
| **David Raisey**<br>PO Box 2366<br>Frisco, TX 75034 | **GEMB/Mohawk**<br>PO Box 981439<br>El Paso, TX 79998 |
| **David Raisey**<br>PO Box 2366<br>Frisco, TX 75034 | **Law Office of Joe Pezzuto/CACH**<br>4013 E Broadway, Ste A2<br>Phoenix, AZ 85040 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Darius Cordell Raisey**                              Case No.   **11-40112**
                                                                              (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **David Raisey**<br>PO Box 2366<br>Frisco, TX 75034 | **Leading Edge Recovery Solutions**<br>PO Box 129<br>Linden, MI 48451-0129 |
| **David Raisey**<br>PO Box 2366<br>Frisco, TX 75034 | **Nationwide Credit, Inc/Chase**<br>2015 Vaughn Rd NW Bld 400<br>Kennesaw, GA 30144-7801 |
| **David Raisey**<br>PO Box 2366<br>Frisco, TX 75034 | **Nationwide Credit/Citifinancial Inc**<br>1150 E University Dr, 1st Floor<br>Tempe, AZ 85281-8674 |
| **David Raisey**<br>PO Box 2366<br>Frisco, TX 75034 | **RMS Collections/Chase**<br>PO Box 20410<br>Lehigh Valley, PA 18002 |
| **David Raisey**<br>PO Box 2366<br>Frisco, TX 75034 | **UT Southwestern Medical Service Plan**<br>6263 Harry Hines Blvd<br>Dallas, TX 75235-5227 |
| **Janice Murray** | **Heartland Payment Systems, LLC**<br>c/o Newton & Associates<br>PO Box 8510<br>Metairie, LA 70011-8510 |

B6I (Official Form 6I) (12/07)

In re  **Darius Cordell Raisey**                                    Case No.    **11-40112**
                                                                                (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | | |
|---|---|---|---|---|---|
| **Single** | Relationship(s): | Son<br>Daughter<br>Daughter | Age(s): 5<br>2<br>2 | Relationship(s): | Age(s): |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | dress designer | |
| Name of Employer | self employed | |
| How Long Employed | | |
| Address of Employer | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1.   Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | |
| 2.   Estimate monthly overtime | $0.00 | |
| 3.   SUBTOTAL | $0.00 | |
| 4.   LESS PAYROLL DEDUCTIONS | | |
|      a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | |
|      b. Social Security Tax | $0.00 | |
|      c. Medicare | $0.00 | |
|      d. Insurance | $0.00 | |
|      e. Union dues | $0.00 | |
|      f. Retirement | $0.00 | |
|      g. Other (Specify) _____ | $0.00 | |
|      h. Other (Specify) _____ | $0.00 | |
|      i. Other (Specify) _____ | $0.00 | |
|      j. Other (Specify) _____ | $0.00 | |
|      k. Other (Specify) _____ | $0.00 | |
| 5.   SUBTOTAL OF PAYROLL DEDUCTIONS | $0.00 | |
| 6.   TOTAL NET MONTHLY TAKE HOME PAY | $0.00 | |
| 7.   Regular income from operation of business or profession or farm (Attach detailed stmt) | $1,460.00 | |
| 8.   Income from real property | $0.00 | |
| 9.   Interest and dividends | $0.00 | |
| 10.  Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | |
| 11.  Social security or government assistance (Specify): _____ | $0.00 | |
| 12.  Pension or retirement income | $0.00 | |
| 13.  Other monthly income (Specify): | | |
|      a.  contribution from domestic partner _____ | $5,000.00 | |
|      b._____ | $0.00 | |
|      c._____ | $0.00 | |
| 14.  SUBTOTAL OF LINES 7 THROUGH 13 | $6,460.00 | |
| 15.  AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $6,460.00 | |
| 16.  COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $6,460.00 | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:  **Darius Cordell Raisey**                                 Case No.  **11-40112**
                                                                                                (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $3,890.00 |
|    a. Are real estate taxes included?  ☑ Yes  ☐ No | |
|    b. Is property insurance included?  ☑ Yes  ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel | $470.00 |
|            b. Water and sewer | $125.00 |
|            c. Telephone | $265.00 |
|            d. Other:  Cable | $150.00 |
| 3. Home maintenance (repairs and upkeep) | $500.00 |
| 4. Food | $750.00 |
| 5. Clothing | $150.00 |
| 6. Laundry and dry cleaning | $25.00 |
| 7. Medical and dental expenses | $100.00 |
| 8. Transportation (not including car payments) | $450.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $100.00 |
| 10. Charitable contributions | $80.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|          a. Homeowner's or renter's | |
|          b. Life | $418.00 |
|          c. Health | $316.00 |
|          d. Auto | $164.00 |
|          e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|          a. Auto: | |
|          b. Other: | |
|          c. Other: | |
|          d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: | |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$7,953.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $6,460.00 |
| b. Average monthly expenses from Line 18 above | $7,953.00 |
| c. Monthly net income (a. minus b.) | ($1,493.00) |

B7 (Official Form 7) (04/10)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

In re:   **Darius Cordell Raisey**                                                    Case No.   **11-40112** _____

                                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

None

☐

## 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $0.00 | 2011 year to date |
| $31,993.63 | 2010 gross income from Darius Cordell, Inc. |
| $7,739.00 | 2009 gross income |

---

None

☑

## 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None

☐

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|
| Wells Fargo Hm Mortgag<br>8480 Stagecoach Cir<br>Frederick, MD 21701 | Monthly<br>(Last 90 days) | $3,835.00 | $401,591.00 |

---

None

☑

b.  Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None

☑

c.  All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

In re:  **Darius Cordell Raisey**

Case No.  **11-40112** _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None ☐
### 4. Suits and administrative proceedings, executions, garnishments and attachments

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **American Honda Financial Corporation v. Darius Raisey; CV-2010-02796** | **collection and application for writ of sequestration** | **County court at Law Number 2, Denton County, Texas** | **pending** |
| **JPMorgan Chase bank NA v. Darius Cordell Incorporated, David W. Raisey and Darius C. Raisey; Case no. 296-04986-2009** | **collection lawsuit on personal guaranty of business lie of credit** | **296th District Court, Collin County, Texas** | **pending** |

---

None ☑
b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑
### 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑
### 6. Assignments and receiverships

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑
b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☐
### 7. Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Cathedral of Hope** | **church** | **monthly during 2010** | **$900** |

---

None ☑
### 8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

In re:   **Darius Cordell Raisey**                                      Case No.   **11-40112**

                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None
☐
### 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Mesquite Group** **600 Six Flags Drive, Ste 400** **Arlington, TX 76011** | **1-6-11** | **$30** |
| **Harriet Langston, P.C.** **7557 Rambler Road, Ste 812** **Dallas, TX 75231** | **01/7/2011** | **$201.00 plus $299.00 filing fee** |

---

None
☐
### 10. Other transfers

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| | **December 2009** | **7718 BelCrest, Frisco, TX** **property sold for $191,000** **$15,000 proceeds went to debtor and** **were reinvested in new house** |

---

None
☑
b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

None
☐
### 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Chase Bank** | **checking and business** **checking** | **January 2010** **negative balance** |

---

None
☑
### 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re:   **Darius Cordell Raisey**                                          Case No.   **11-40112**

                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**13. Setoffs**

None

☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None

☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None

☐

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **7718 Bell Crest, Frisco, TX** | **Darius Cordell** | **5/1999 through** |
| | **Darius Raisey** | **11/2008** |

---

**16. Spouses and Former Spouses**

None

☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None

☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None

☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None

☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re:  **Darius Cordell Raisey**                                    Case No.   **11-40112**

                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 4*

---

None   **18. Nature, location and name of business**
☑
a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

---

None   b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☑

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

**19. Books, records and financial statements**
None
☑
a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None
☑
b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☑
c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None
☑
d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

**20. Inventories**
None
☑
a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑
b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

In re:  **Darius Cordell Raisey**                                     Case No.  **11-40112** _____

                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

**None**
☑

### 21. Current Partners, Officers, Directors and Shareholders

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

**None**
☑

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

**None**
☑

### 22. Former partners, officers, directors and shareholders

a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

**None**
☑

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**None**
☑

### 23. Withdrawals from a partnership or distributions by a corporation

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**None**
☑

### 24. Tax Consolidation Group

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**None**
☑

### 25. Pension Funds

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  1/25/2011 _____          Signature _____ **/s/ Darius Cordell Raisey** _____
                                                                  of Debtor      ***Darius Cordell Raisey***

Date  _____                Signature _____
                                                                  of Joint Debtor
                                                                  (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:   **Darius Cordell Raisey**                                    CASE NO   **11-40112**

CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>American Honda Finance<br>3625 W Royal Ln Ste 200<br>Irving, TX 75063<br>113341866 | **Describe Property Securing Debt:**<br>2009 Honda Odyssey |

Property will be (check one):
- [ ] Surrendered       [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt       [ ] Not claimed as exempt

| Property No.   2 | |
|---|---|
| **Creditor's Name:**<br>Wells Fargo Hm Mortgag<br>8480 Stagecoach Cir<br>Frederick, MD 21701<br>7080210594602 | **Describe Property Securing Debt:**<br>2141 Talbot Dr., Frisco, TX |

Property will be (check one):
- [ ] Surrendered       [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt       [ ] Not claimed as exempt

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:  **Darius Cordell Raisey**

CASE NO    **11-40112**

CHAPTER    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐         NO ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  1/25/2011 _____

Signature   /s/ Darius Cordell Raisey _____
            *Darius Cordell Raisey*

Date _____

Signature _____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Darius Cordell Raisey**                          CASE NO   **11-40112**

                                                            CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  1/25/2011 _____          Signature  _/s/ Darius Cordell Raisey_____
                                                    _Darius Cordell Raisey_

Date _____          Signature _____

Allergy & Asthma Solutions
8000 Warren Pkwy Ste 200
Frisco, TX 75034


Alliant Law Group PC/AT&T
PO Box 468569
Atlanta, GA 31146


American Express
PO Box 297814
Fort Lauderdale, FL 333329-7814


American Honda Finance
3625 W Royal Ln Ste 200
Irving, TX 75063


AMEX
P.O. Box 981537
El Paso, TX 79998


Andrea Phillips
c/o Krenik Law Firm PLLC
5068 W Plano Pkwy, #300
Plano, TX 75093


Armstrong The Law Firm
1400 Gables Court, #103
Plano, TX 75075


Asset Acceptance LLC
PO Box 2036
Warren, MI 48090


AT&T
c/o Accord Creditor Services, LLC
PO Box 10002
Newnan, GA 30271

AT&T
PO Box 90245
Arlington, TX 76004


Bank of America
PO Box 15311
Wilmington, DE 19884


Boatmen's Credit Card Bank
PO Box 7402, LTC 8611
St Louis, MO 63177


CACH, LLC / HSBC
370 17th Street, Suite 5000
Denver, CO 80202


CACH, LLC /Bank of America
370 17th Street, Suite 5000
Denver, CO 80202


Capital Mgmt. Services
726 Exchange St., Ste 700
Buffalo, NY  14210


Capital Mgmt. Services/Chase
726 Exchange St., Ste 700
Buffalo, NY  14210


Capital One
PO Box 85520
Richmond, VA 23285


CareFlite
PO Box 610489
Dallas TX  75261

Cavalry Portfolio Serv/HSBC
7 Skyline Dr Ste 3
Hawthorne, NY 10532


Cavalry Portfolio Services LLC
500 Summit Lake Drive
Valhalla, NY 10595-1340


CBE Group
131 Towne Park Drive Ste #100
Waterloo, IA 50701


Centennial Medical Center
c/o Central Finl Control
PO Box 66051
Anaheim, CA 92816


Centennial Medical Center
c/o Central Financial Control
PO Box 66040
Anaheim, CA 92816-6040


Chase Bank
OH1-1188
340 S. Cleveland Ave Blvd 370
Westerville, OH  43081


Chase Bank NA
c/o Vincent Lopez et al
1601 Elm St #4100
Dallas, TX 75201


Chase Cardmember Services
PO Box 15548
Wilmington, DE 19886-5548


ChexSystems
7805 Hudson Rd. Suite 100
Woodbury, MN  55125

Children's Medical Center
1935 Medical District Drive
Dallas, TX  75235


Childrens Associated Med Group
c/o American Capital Ent
42145 Lyndie Ln Ste 212
Temecula, CA 92591


Childrens Medical Center of D
c/o Receivable Mgmt Inc
107 W Randol Mill Rd
Arlington, TX 76011


Citi
PO Box 22060
Tempe, AZ 85285-2060


Citibank NA
PO Box 769006
San Antonio, TX 78245


Citibank South Dakota/Citibusiness
c/o United Recovery Systems LP
PO Box 722910
Houston, TX 77272-2910


Citifinancia
Bsp13a 300 Saint Paul Pla
Baltimore, MD 21202


Citifinancial
PO Box 140489
Irving, TX  75014-0489


Citifinancial Retail S
PO Box 499
Hanover, MD 21076

City of Frisco Fire Department
PO Box 180819
Frisco, TX  75218


Client Services, Inc./Citicards
PO Box 1503
St. Peters, 63376-0027


Collection Bureau of America
PO Box 5013
Hayward, CA 94540-5013


Comptroller of Public Accounts
Bankruptcy Section
P. O. Box 13528
Austin, TX  78711


Credit Management/Time Warner
4200 International Pkwy
Carrollton, TX 75007


Credit Protection Asso/Coserv
13355 Noel Rd Ste 2100
Dallas, TX 75240


Credit Service Company, Inc
PO Box 1120
Colorado Springs, CO 80901-1120


Cynery Data
109-15 14th Ave #200
College Point, NY 11356


Daniels & Norelli, PC
900 Merchants Concourse #400
Westbury, NY 11590

Darius Cordell Raisey
PO Box 2366
Frisco, TX 75034


David Raisey
PO Box 2366
Frisco, TX  75034


David Raisey
PO Box 2366
Frisco, TX 75034


Denton County Tax
P. O. Box 90223
Denton, TX  76202-5223


Discover Fin Svcs LLC
PO Box 15316
Wilmington, DE 19850


Enhanced Recovery Corporation
8014 Bayberry Rd
Jacksonville, FL 32256-7412


Envision Imaging of Frisco
PO Box 974744
Dallas, TX 75397


Excel Anesthesia, PA
Collection Dept
PO Box 100295
Fort Worth, TX 76185-0295


Excel Anesthesia, PA
PO Box 650035
Dallas, TX 75265-0035

FedEx
PO Box 1140
Memphis, TN  38101-1140


FIA CSNA
PO Box 17054
Wilmington, DE 19850


First Bank and Trust/S
PO Box 6000
Brookings, SD 57006


Firstsource Advantage LLC
205 Bryant Woods South
Amhurst, NY  14228


Fst Premie
3820 N Louise Ave
Sioux Falls, SD 57107


Gay McCall Isaacks
777 East 15th Street
Plano, TX  75074


GC Services
6330 Gulfton
Houston, TX  77081


GEMB
Bankruptcy Department
PO Box 103104
Roswell, GA 30076-3104


GEMB/Chevron
P.O Box 981432 Bldg. B
El Paso, TX 79998

GEMB/Mohawk
PO Box 981439
El Paso, TX 79998


Glast, Phillips & Murray
14801 Quorum Drive Suite 500
Dallas, TX 75254-1449


Google Checkout
c/o NCS Recovery Corp
PO Box 50276
Sarasota, FL 34232-0302


Heartland Payment Systems
4825 LBJ Freeway Ste 380
Dallas, TX 75244


Heartland Payment Systems, LLC
c/o Newton & Associates
PO Box 8510
Metairie, LA 70011-8510


Honda
PO Box 2206
Torrance, CA 90509-2206


Honda Financial Services
PO Box 168008
Irving, TX  75016


HSBC Bank
PO Box 5253
Carol Stream, IL 60197


HSBC/Bstby
1405 Foulk Road
Wilmington, DE 19808

HSBC/GM Card
PO Box 80082
Salinas, CA 93912-0082


HSBC/Neimn
PO Box 15221
Wilmington, DE 19850


Innovative Emergency Medicine
c/o United Revenue Corp
204 Billings St Ste 120
Arlington, TX 76010


Innovative Emergency Medicine
PO Box 24088
Fort Worth, TX  76124-1088


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


JA Cambece Law Office, PC
Eight Bourbon Street
Peabody, MA 01960


Janice Murray


Law Office of Curtis O Barnes, PC
PO Box 1390
Anaheim, CA 92815-1390


Law Office of Joe Pezzuto/CACH
4013 E Broadway, Ste A2
Phoenix, AZ 85040

Law Offices of Gary A Bemis
3870 La Sierra #239
Riverside, CA 92505


Law Offices of Monty J Buhrow, PLLC
2344 Highway 121 #200
Benford, TX 76021


Leading Edge Recovery Solutions
PO Box 129
Linden, MI 48451-0129


Linebarger Goggan Blair Et Al
2323 Bryan St., Suite 1600
Dallas, TX 75201-2691


MacysDSNB
911 Duke Blvd
Mason, OH 45040


MCM/Capital One
PO Box 60578
Los Angeles, CA 90060-0578


MCM/Providian
PO Box 60578
Los Angeles, CA 90060-0578


Mcydsnb
9111 Duke Blvd
Mason, OH 45040


Midland Credit Mgmt
8875 Aero Dr
San Diego, CA 92123

Mortgage Service Cente
2001 Leadenhall Rd
Mount Laurel, NJ 08054


Nationwide Credit, Inc/Chase
2015 Vaughn Rd NW Bld 400
Kennesaw, GA 30144-7801


Nationwide Credit/Citifinancial Inc
1150 E University Dr, 1st Floor
Tempe, AZ 85281-8674


NCB Management Serv. Inc
P. O. Box 1099
Langhorn, PA  19047


NCO Financial Systems
507 Prudential Road
Horsham, PA  19044


North TX Pathology Assoc PA
PO Box 68
Rockwall, TX 75087-0068


Northland Group Inc.
PO Box 390846
Mail Code CPT1
Edina, MN  55439


Pentagroup Financial LLC
5959 Corporate Drive, Ste 1400
Houston, TX 77036-2308


Perdue, Brandon et. al.
P. O. Box 13430
Arlington, TX  76094-0430

Pinnacle Financial Group
7825 Washington Ave S, Ste 310
Minneapolis, MN  55439-2409

Presido, LLC/Providian
x/o Enhanced Recovery Corporation
8014 Bayberry Rd
Jacksonville, FL 32256-7412

Professional Finance/Atmos
5754 W 11th St Ste 100
Greeley, CO 80634

RAB Inc
PO Box 34111
Memphis, TN 38016

RFP, LLC dba Bridal Guide
c/o James Brendan Carroll III
501 Elm St, #385 LB 33
Dallas, TX 75202

RMS Collections/Chase
PO Box 20410
Lehigh Valley, PA 18002

Sears - Citicorp
PO Box 6922
The Lakes, NV 88901-6922

SM Servicing
11100 Usa Parkway
Fishers, IN 46038

Southeastern Freight Lines, Inc
c/o Law Offices of Gary A Bemis
3870 La Sierra #239
Riverside, CA 92505

Suntrust Bank
7455 Chancellor Dr
Orlando, FL 32809


Synerprise Consulting Service, Inc.
2809 Regal Rd, Ste 107
Plano, TX  75075


Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX  78711-2548


Texas Radiology Associates
PO Box 2285
Indianapolis, IN 46206


Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th Street
Austin, TX  78778


THD/CBSD
PO Box 6497
Sioux Falls, SD 57117


U.S. Attorney General
Main Justice Bldg #5111
10th & Constitution Ave NW
Washington, D.C. 20530


United Recovery Systems, Inc
5800 North Course Drive
Houston, Texas 77072


United States Trustee
110 N. College, Suite 300
Tyler, TX  75702

```
UT Southwestern Medical Service Plan
6263 Harry Hines Blvd
Dallas, TX 75235-5227
```

```
Wells Fargo
PO Box 10335
Des Moines, IA 50306
```

```
Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701
```

B 22A (Official Form 22A) (Chapter 7) (12/10)

In re: **Darius Cordell Raisey**

Case Number: **11-40112**

According to the information required to be entered on this statement:
(check one box as directed in Part I, III, or VI of this statement):
☐ The presumption arises.
☑ The presumption does not arise.
☐ The presumption is temporarily inapplicable.

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| Part I. MILITARY AND NON-CONSUMER DEBTORS | |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part 1A, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. § 901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.** <br><br> ☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard <br><br>     a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and <br>          ☐ I remain on active duty /or/ <br>          ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed; <br><br>          OR <br><br>     b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/ <br>          ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

B 22A (Official Form 22A) (Chapter 7) (12/10)

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

<table>
<tr><td rowspan="2">2</td><td colspan="3"><strong>Marital/filing status.</strong>  Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☑  Unmarried.    <strong>Complete only Column A ("Debtor's Income") for Lines 3-11.</strong><br>b. ☐  Married, not filing jointly, with declaration of separate households.  By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code."<br><strong>Complete only Column A ("Debtor's Income") for Lines 3-11.</strong><br>c. ☐  Married, not filing jointly, without the declaration of separate households set out in Line 2.b above.<br><strong>Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.</strong><br>d. ☐  Married, filing jointly.    <strong>Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.</strong></td></tr>
<tr><td>All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line.</td><td><strong>Column A</strong><br><br>Debtor's<br>Income</td><td><strong>Column B</strong><br><br>Spouse's<br>Income</td></tr>
<tr><td>3</td><td colspan="2"><strong>Gross wages, salary, tips, bonuses, overtime, commissions.</strong></td><td>$0.00</td><td></td></tr>
<tr><td rowspan="4">4</td><td colspan="4"><strong>Income from the operation of a business, profession, or farm.</strong>    Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment.  Do not enter a number less than zero.    <strong>Do not include any part of the business expenses entered on Line b as a deduction in Part V.</strong></td></tr>
<tr><td>a.</td><td>Gross receipts</td><td>$1,458.33</td><td rowspan="3"></td></tr>
<tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$0.00</td></tr>
<tr><td>c.</td><td>Business income</td><td>Subtract Line b from Line a</td><td>$1,458.33</td></tr>
<tr><td rowspan="4">5</td><td colspan="4"><strong>Rent and other real property income.</strong>  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5.  Do not enter a number less than zero.  <strong>Do not include any part of the operating expenses entered on Line b as a deduction in Part V.</strong></td></tr>
<tr><td>a.</td><td>Gross receipts</td><td>$0.00</td><td rowspan="3"></td></tr>
<tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$0.00</td></tr>
<tr><td>c.</td><td>Rent and other real property income</td><td>Subtract Line b from Line a</td><td>$0.00</td></tr>
<tr><td>6</td><td colspan="2"><strong>Interest, dividends, and royalties.</strong></td><td>$0.00</td><td></td></tr>
<tr><td>7</td><td colspan="2"><strong>Pension and retirement income.</strong></td><td>$0.00</td><td></td></tr>
<tr><td>8</td><td colspan="3"><strong>Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.</strong>  Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed.  Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B.</td><td>$0.00</td><td></td></tr>
<tr><td rowspan="2">9</td><td colspan="3"><strong>Unemployment compensation.</strong>   Enter the amount in the appropriate column(s) of Line 9.  However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:</td><td rowspan="2">$0.00</td><td rowspan="2"></td></tr>
<tr><td colspan="3"><table><tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor<br>$0.00</td><td>Spouse</td></tr></table></td></tr>
</table>

B 22A (Official Form 22A) (Chapter 7) (12/10)

| | | | |
|---|---|---|---|
| 10 | **Income from all other sources.**  Specify source and amount.  If necessary, list additional sources on a separate page.  **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.**  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
| | a. | | |
| | b. | | |
| | Total and enter on Line 10 | | $0.00 |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).**  Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B.  Enter the total(s). | | $1,458.33 |
| 12 | **Total Current Monthly Income for § 707(b)(7).**  If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | | **$1,458.33** |

| | | |
|---|---|---|
| **Part III. APPLICATION OF § 707(b)(7) EXCLUSION** | | |
| 13 | **Annualized Current Monthly Income for § 707(b)(7).**  Multiply the amount from Line 12 by the number 12 and enter the result. | $17,499.96 |
| 14 | **Applicable median family income.**  Enter the median family income for the applicable state and household size.  (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |
| | a. Enter debtor's state of residence: _____**Texas**_____    b. Enter debtor's household size: _____**1**_____ | $37,676.00 |
| 15 | **Application of Section 707(b)(7).**  Check the applicable box and proceed as directed. | |
| | ☑ **The amount on Line 13 is less than or equal to the amount on Line 14.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII. | |
| | ☐ **The amount on Line 13 is more than the amount on Line 14.**  Complete the remaining parts of this statement. | |

Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)

| | | |
|---|---|---|
| **Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)** | | |
| 16 | **Enter the amount from Line 12.** | |
| 17 | **Marital adjustment.**  If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents.  Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose.  If necessary, list additional adjustments on a separate page.  If you did not check box at Line 2.c, enter zero. | |
| | a. | |
| | b. | |
| | c. | |
| | Total and enter on line 17. | |
| 18 | **Current monthly income for § 707(b)(2).**  Subtract Line 17 from Line 16 and enter the result. | |

| | | |
|---|---|---|
| **Part V. CALCULATION OF DEDUCTIONS FROM INCOME** | | |
| **Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)** | | |
| 19A | **National Standards: food, clothing and other items.**  Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | |

**B 22A (Official Form 22A) (Chapter 7) (12/10)**

| | |
|---|---|
| **19B** | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. |

| Persons under 65 years of age | | | Persons 65 years of age or older | | |
|---|---|---|---|---|---|
| a1. | Allowance per person | | a2. | Allowance per person | |
| b1. | Number of persons | | b2. | Number of persons | |
| c1. | Subtotal | | c2. | Subtotal | |

| | |
|---|---|
| **20A** | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. |

| | |
|---|---|
| **20B** | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. DO NOT ENTER AN AMOUNT LESS THAN ZERO. |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. |

| | |
|---|---|
| **21** | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: |

| | |
|---|---|
| **22A** | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. ☐ 0   ☐ 1   ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) |

B 22A (Official Form 22A) (Chapter 7) (12/10)

| | | |
|---|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation.  (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense.  (You may not claim an ownership/lease expense for more than two vehicles.)  ☐ 1   ☐ 2 or more. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23.  DO NOT ENTER AN AMOUNT LESS THAN ZERO. | |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | |
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24.  DO NOT ENTER AN AMOUNT LESS THAN ZERO. | |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | |
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 25 | **Other Necessary Expenses: taxes.**   Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social-security taxes, and Medicare taxes.  DO NOT INCLUDE REAL ESTATE OR SALES TAXES. | |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.**   Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs.  DO NOT INCLUDE DISCRETIONARY AMOUNTS, SUCH AS VOLUNTARY 401(K) CONTRIBUTIONS. | |
| 27 | **Other Necessary Expenses: life insurance.**   Enter total average monthly premiums that you actually pay for term life insurance for yourself.  DO NOT INCLUDE PREMIUMS FOR INSURANCE ON YOUR DEPENDENTS, FOR WHOLE LIFE OR FOR ANY OTHER FORM OF INSURANCE. | |
| 28 | **Other Necessary Expenses: court-ordered payments.**   Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments.  DO NOT INCLUDE PAYMENTS ON PAST DUE OBLIGATIONS INCLUDED IN LINE 44. | |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.**  Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare--such as baby-sitting, day care, nursery and preschool.  DO NOT INCLUDE OTHER EDUCATIONAL PAYMENTS. | |
| 31 | **Other Necessary Expenses: health care.**   Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B.  DO NOT INCLUDE PAYMENTS FOR HEALTH INSURANCE OR HEALTH SAVINGS ACCOUNTS LISTED IN LINE 34. | |

B 22A (Official Form 22A) (Chapter 7) (12/10)

| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service--such as pagers, call waiting, caller id, special long distance, or internet service--to the extent necessary for your health and welfare or that of your dependents. DO NOT INCLUDE ANY AMOUNT PREVIOUSLY DEDUCTED. | |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | |

| | **Subpart B: Additional Living Expense Deductions**<br>**Note: Do not include any expenses that you have listed in Lines 19-32** |

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | |
|---|---|---|

|  | a. | Health Insurance | |
|  | b. | Disability Insurance | |
|  | c. | Health Savings Account | |

Total and enter on Line 34

IF YOU DO NOT ACTUALLY EXPEND THIS TOTAL AMOUNT, state your actual total average monthly expenditures in the space below:

_____

| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF YOUR ACTUAL EXPENSES, AND YOU MUST DEMONSTRATE THAT THE ADDITIONAL AMOUNT CLAIMED IS REASONABLE AND NECESSARY. | |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF YOUR ACTUAL EXPENSES, AND YOU MUST EXPLAIN WHY THE AMOUNT CLAIMED IS REASONABLE AND NECESSARY AND NOT ALREADY ACCOUNTED FOR IN THE IRS STANDARDS. | |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) YOU MUST DEMONSTRATE THAT THE ADDITIONAL AMOUNT CLAIMED IS REASONABLE AND NECESSARY. | |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | |

* Amount(s) are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010

B 22A (Official Form 22A) (Chapter 7) (12/10)

| | **Subpart C: Deductions for Debt Payment** | | | |
|---|---|---|---|---|
| 42 | **Future payments on secured claims.**  For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance.  The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60.  If necessary, list additional entries on a separate page.  Enter the total of the Average Monthly Payments on Line 42. | | | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | | ☐ yes ☐ no |
| b. | | | | ☐ yes ☐ no |
| c. | | | | ☐ yes ☐ no |
| | | | Total:  Add Lines a, b and c. | |

| | **Other payments on secured claims.**   If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property.  The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure.  List and total any such amounts in the following chart.  If necessary, list additional entries on a separate page. | | |
|---|---|---|---|
| 43 | | | |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| | | | Total:  Add Lines a, b and c |

| 44 | **Payments on prepetition priority claims.**   Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing.  DO NOT INCLUDE CURRENT OBLIGATIONS, SUCH AS THOSE SET OUT IN LINE 28. | |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.**  If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |
|---|---|---|---|
| | a. | Projected average monthly chapter 13 plan payment. | |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | % |
| | c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | |
|---|---|---|
| | **Subpart D: Total Deductions from Income** | |
| 47 | **Total of all deductions allowed under § 707(b)(2).**   Enter the total of Lines 33, 41, and 46. | |

# Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | |
|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | |
| 51 | **60-month disposable income under § 707(b)(2).**   Multiply the amount in Line 50 by the number 60 and enter the result. | |

B 22A (Official Form 22A) (Chapter 7) (12/10)

| | |
|---|---|
| **52** | **Initial presumption determination.** Check the applicable box and proceed as directed. <br><br> ☐ **The amount on Line 51 is less than $7,025\*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.  Do not complete the remainder of Part VI. <br><br> ☐ **The amount set forth on Line 51 is more than $11,725\*.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII.  You may also complete Part VII.  Do not complete the remainder of Part VI. <br><br> ☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 through 55). |

| | | |
|---|---|---|
| **53** | Enter the amount of your total non-priority unsecured debt | |
| **54** | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | |

| | |
|---|---|
| **55** | **Secondary presumption determination.**   Check the applicable box and proceed as directed. <br><br> ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. <br><br> ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII.  You may also complete Part VII. |

## Part VII: ADDITIONAL EXPENSE CLAIMS

| | |
|---|---|
| **56** | **Other Expenses.**   List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I).  If necessary, list additional sources on a separate page.  All figures should reflect your average monthly expense for each item.  Total the expenses. |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | |
| b. | | |
| c. | | |
| | Total:  Add Lines a, b, and c | |

## Part VIII: VERIFICATION

| | |
|---|---|
| **57** | I declare under penalty of perjury that the information provided in this statement is true and correct. <br> *(If this is a joint case, both debtors must sign.)* <br><br> Date:  **1/25/2011**          Signature:   **/s/ Darius Cordell Raisey** <br>                                              **Darius Cordell Raisey** <br><br> Date: _____          Signature: _____ <br>                                                     (Joint Debtor, if any) |

\* Amount(s) are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010

## Current Monthly Income Calculation Details

In re: **Darius Cordell Raisey**

Case Number: **11-40112**
Chapter: **7**

**4.    Income from the operation of a business, profession or farm.**

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months Ago | 5 Months Ago | 4 Months Ago | 3 Months Ago | 2 Months Ago | Last Month | Avg. Per Month |
| **Debtor** | **Daruis Cordell** | | | | | | |
| Gross receipts | $1,458.33 | $1,458.33 | $1,458.33 | $1,458.33 | $1,458.33 | $1,458.33 | **$1,458.33** |
| Ordinary/necessary business expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| Business income | $1,458.33 | $1,458.33 | $1,458.33 | $1,458.33 | $1,458.33 | $1,458.33 | **$1,458.33** |

# Underlying Allowances

In re: **Darius Cordell Raisey**

Case Number: **11-40112**
Chapter: **7**

| Median Income Information | |
|---|---|
| State of Residence | **Texas** |
| Household Size | **1** |
| Median Income per Census Bureau Data | **$37,676.00** |

| National Standards: Food, Clothing, Household Supplies, Personal Care, and Miscellaneous | |
|---|---|
| Region | **US** |
| Family Size | **1** |
| Gross Monthly Income | **$1,458.33** |
| Income Level | **Not Applicable** |
| Food | **$293.00** |
| Housekeeping Supplies | **$28.00** |
| Apparel and Services | **$86.00** |
| Personal Care Products and Services | **$32.00** |
| Miscellaneous | **$87.00** |
| Additional Allowance for Family Size Greater Than 4 | **$0.00** |
| Total | **$526.00** |

| National Standards: Health Care (only applies to cases filed on or after 1/1/08) | |
|---|---|
| **Household members under 65 years of age** | |
| Allowance per member | **$60.00** |
| Number of members | **0** |
| Subtotal | **$0.00** |
| **Household members 65 years of age or older** | |
| Allowance per member | **$144.00** |
| Number of members | **0** |
| Subtotal | **$0.00** |
| **Total** | **$0.00** |

| Local Standards: Housing and Utilities | |
|---|---|
| State Name | **Texas** |
| County or City Name | **Denton County** |
| Family Size | **Family of 1** |
| Non-Mortgage Expenses | **$426.00** |
| Mortgage/Rent Expense Allowance | **$1,080.00** |
| Minus Average Monthly Payment for Debts Secured by Home | **$0.00** |
| Equals Net Mortgage/Rental Expense | **$1,080.00** |
| Housing and Utilities Adjustment | **$0.00** |

## Underlying Allowances

In re: **Darius Cordell Raisey**

Case Number:  **11-40112**
Chapter:      **7**

| Local Standards: Transportation; Vehicle Operation/Public Transportation | |
|---|---|
| Transportation Region | **Dallas-Ft. Worth** |
| Number of Vehicles Operated | **2 or more** |
| Allowance | **$540.00** |

| Local Standards: Transportation; Additional Public Transportation Expense | |
|---|---|
| Transportation Region | **Dallas-Ft. Worth** |
| Allowance (if entitled) | **$182.00** |
| Amount Claimed | **$0.00** |

| Local Standards: Transportation; Ownership/Lease Expense | | |
|---|---|---|
| Transportation Region | **Dallas-Ft. Worth** | |
| Number of Vehicles with Ownership/Lease Expense | **1** | |
| | **First Car** | **Second Car** |
| Allowance | **$496.00** | |
| Minus Average Monthly Payment for Debts Secured by Vehicle | **$706.93** | |
| Equals Net Ownership / Lease Expense | **$0.00** | |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010